# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSLYVANIA

In re

**COURTNEY L HARR**

Debtors.

In Chapter 13 Proceeding

Case No. 14-70516

**WITHDRAWAL OF AMENDED PROOF OF CLAIM(S) No. 8-2**

BANKRUPTCY JUDGE: JEFFERY A. DELLER

**COMES NOW**, PRA Receivables Management, LLC, and, pursuant to Bankruptcy Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws the Amended Proof of Claim filed for Synchrony Bank on November 4, 2016 in the amount of $6534.35, the same being docketed as No. 8-2 on the Court's claims register.

Dated: This 11th day of November, 2016

PRA RECEIVABLES MANAGEMENT, LLC

By:  /s/Valerie Smith

As authorized agent for:
SYNCHRONY BANK
PO BOX 41021
NORFOLK, VIRGINIA 23541

## Certificate of Service

      I hereby certify that a copy of the foregoing was served electronically through the Court's ECF filing system to the following parties:

**KENNETH P. SEITZ**
Attorney for debtors

**RONDA J WINNECOUR**
Chapter 13 Trustee

      Dated:  This 11th day of November, 2016

/s/Valerie Smith
VALERIE SMITH
SYNCHRONY BANK
PO BOX 41021
NORFOLK, VIRGINIA 23541
TEL: (877) 829-8298
FAX: (757) 351-3257