**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **Case No. 14-70516-JAD** |
| **Courtney L. Harr,** | : |
| | : **Chapter 13** |
| **Debtor** | : |
| | : |

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 13th day of January, 2017, a true and correct copy of the Order dated January 12, 2017, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

CONEMAUGH HEALTH SYSTEM
MEMORIAL MEDICAL CENTER
1086 FRANKLIN STREET
JOHNSTOWN, PA 15905

COURTNEY L. HARR
119 BASIN DRIVE
WINDBER, PA 15963

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>January 13, 2017</u>      <u>   /s/Kenneth P. Seitz, Esquire   </u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor