# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 14-70516-JAD
**Courtney L. Harr,** :
: Chapter 13
**Debtor** :
:
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 13th day of January, 2017, a true and correct copy of the Order dated January 12, 2017, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> LHC GROUP
> 901 HUGH WALLIS ROAD S
> LAFAYETTE, LA 70508
>
> COURTNEY L. HARR
> 119 BASIN DRIVE
> WINDBER, PA 15963

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>January 13, 2017</u>

Respectfully submitted,
　　/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor