## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 14-70516-JAD** |
| **Courtney L. Harr,** | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED OCTOBER 31, 2017

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of November, 2017, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated October 31, 2017, the Amended Chapter 13 Plan dated October 31, 2017, and a copy of the Order dated November 1, 2017, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>November 3, 2017</u>

Respectfully submitted,

<u>  /s/ Kenneth P. Seitz, Esquire  </u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 14-70516-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Tue Oct 31 08:56:47 EDT 2017

BCATT2014-4TT Wilmington Savings Fund Societ
P.O. Box 10826
Greenville, SC 29603-0826

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Aas Debt Recovery Inc
Po Box 129
Monroeville, PA 15146-0129

BCAT2014-4TT
Wilmington Savings Fund Society, FSB
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Bank of America Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

Cap1/Boscv
Po Box 4274
Reading, PA 19606-0674

Carol Harr
Windber, PA 15963

Chase
Po Box 15298
Wilmington, DE 19850-5298

Collection Service Cen
Po Box 68
Altoona, PA 16603-0068

Comenity Bank/Gndratmc
Po Box 182789
Columbus, OH 43218-2789

Conemaugh Memorial Medical Center
1086 Franklin Street
Johnstown, PA 15905-4305

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205-3956

Credit Management Co
2121 Noblestown Road
Pittsburg, PA 15205-3956

Credit Mgmt
2121 Noblestown Road
Pittsburg, PA 15205-3956

Diamond Resorts Fs
10600 W Charleston Blvd
Las Vegas, NV 89135-1260

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Fed Loan Serv
Po Box 69184
Harrisburg, PA 17106-9184

First National Bank of Pennsylvania
4140 East State St.
Hermitage, PA 16148-3401

First Natl Bk Of Pa
1 Fnb Blvd
Hermitage, PA 16148-3363

GCAT 2014
1755 Wittington Place, Suite 400
Dallas, TX 75234-1928

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600

LVNV Funding, LLC its successors and assigns
assignee of HSBC Receivables
Acquisition Corporation (USA) IV
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Laurel Pediatric Assoc. Inc.
323 Budfield Street
Johnstown, PA 15904-3213

Lighthouse Medical, LLC
300 East Walnut Avenue
Altoona, PA 16601-5210

Linebarger, Goggan Blair & Sampson, LLP
P.O. Box 90128
Harrisburg, PA 17109-0128

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Myra Huss
Windber, PA 15963

Navient Solutions, Inc.
P.O. Box 9640
Wilkes-Barre, PA 18773-9640

Northwest Consumer Dis
500 Galleria Dr Ste 164
Johnstown, PA 15904-8902

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg PA 17128-0946

RBS Citizens
443 Jefferson Blvd
RJW 135
Warwick RI 02886-1321

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Remit Corp
P O Box 7
Bloomsburg, PA 17815-0007

Rushmore Loan Managment
Servicer for Wilmington Savings fund
P.O.Box 52708
Irvine, CA 92619-2708

Sallie Mae
Po Box 9655
Wilkes Barre, PA 18773-9655

Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Secretary of Housing
457 7th Street, S.W.
Washington, DC 20410-0001

Synch/Lowes
Po Box 965005
Orlando, FL 32896-5005

Synch/Wolf Furniture
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Courtney L Harr
113 Basin Drive
Windber, PA 15963-5203

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)Shellpoint Mortgage Servicing

(u)WILMINGTON SAVINGS FUND SOCIETY, FSB

(d)Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205-3956

End of Label Matrix
Mailable recipients    50
Bypassed recipients     4
Total                  54