**Form 235**

| | UNITED STATES BANKRUPTCY COURT | 68 – 61, 64 |
|---|---|---|
| | WESTERN DISTRICT OF PENNSYLVANIA | jhel |

In re:  :  Bankruptcy Case No.: 14−70516−JAD
     :
     :  Chapter: 13
     :  Issued per the December 21, 2017 Proceeding

**Courtney L Harr**
   Debtor(s)

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)    PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that the Plan dated October 31, 2017 is CONFIRMED. A copy of this plan was previously mailed to you.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)    IT IS FURTHER ORDERED THAT:*

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: January 4, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70516-JAD
Courtney L Harr                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel           Page 1 of 2          Date Rcvd: Jan 04, 2018
                              Form ID: 235         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
```
db           +Courtney L Harr,    119 Basin Drive,    Windber, PA 15963-5203
cr           +BCATT2014-4TT Wilmington Savings Fund Society, Fsb,     P.O. Box 10826,
               Greenville, SC 29603-0826
13890667     +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14266773     +BCAT2014-4TT,    Wilmington Savings Fund Society, FSB,     c/o Shellpoint Mortgage Servicing,
               PO Box 10826,    Greenville, SC 29603-0826
13890668     +Bank of America Home Loans,     P.O. Box 5170,   Simi Valley, CA 93062-5170
13943245      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13890669     +Cap1/Boscv,    Po Box 4274,    Reading, PA 19606-0674
13890670      Carol Harr,    Windber, PA 15963
13890671     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13890673     +Comenity Bank/Gndrmtmc,    Po Box 182789,    Columbus, OH 43218-2789
13890674     +Conemaugh Memorial Medical Center,     1086 Franklin Street,    Johnstown, PA 15905-4305
13890682     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13903071     +First National Bank of Pennsylvania,     4140 East State St.,    Hermitage, PA 16148-3401
13890683     +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14195320     +GCAT 2014,    1755 Wittington Place, Suite 400,     Dallas, TX 75234-1928
13890685     +Laurel Pediatric Assoc. Inc.,     323 Budfield Street,    Johnstown, PA 15904-3213
13890686     +Lighthouse Medical, LLC,    300 East Walnut Avenue,     Altoona, PA 16601-5210
13890687     +Linebarger, Goggan Blair & Sampson, LLP,     P.O. Box 90128,    Harrisburg, PA 17109-0128
13890690      Myra Huss,    Windber, PA 15963
13953500      Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13890691    #+Northwest Consumer Dis,    500 Galleria Dr Ste 164,     Johnstown, PA 15904-8902
13904202     +RBS Citizens,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
14195331      Rushmore Loan Managment,    Servicer for Wilmington Savings fund,     P.O.Box 52708,
               Irvine, CA 92619-2708
13890694     +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14195318     +Secretary of Housing,    457 7th Street, S.W.,    Washington, DC 20410-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 01:36:53
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr            E-mail/PDF: rmscedi@recoverycorp.com Jan 05 2018 01:31:24
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
13890676     +E-mail/Text: kcarter@creditmanagementcompany.com Jan 05 2018 01:29:56      Credit Management Co,
               2121 Noblestown Road,    Pittsburg, PA 15205-3956
13890675     +E-mail/Text: kcarter@creditmanagementcompany.com Jan 05 2018 01:29:56      Credit Management Co,
               2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13890678     +E-mail/Text: kcarter@creditmanagementcompany.com Jan 05 2018 01:29:56      Credit Mgmt,
               2121 Noblestown Road,    Pittsburg, PA 15205-3956
13890679     +E-mail/Text: bankruptcy@diamondresorts.com Jan 05 2018 01:29:34      Diamond Resorts Fs,
               10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13890680     +E-mail/Text: mrdiscen@discover.com Jan 05 2018 01:29:28      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13890681     +E-mail/Text: bknotice@erccollections.com Jan 05 2018 01:29:52      Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13890684     +E-mail/Text: BKRMailOPS@weltman.com Jan 05 2018 01:29:35      Kay Jewelers,    375 Ghent Rd,
               Fairlawn, OH 44333-4600
13902316      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 05 2018 01:36:40
               LVNV Funding, LLC its successors and assigns as,     assignee of HSBC Receivables,
               Acquisition Corporation (USA) IV,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13890688     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 05 2018 01:36:41      Lvnv Funding Llc,
               Po Box 10497,    Greenville, SC 29603-0497
13890689     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 05 2018 01:29:47      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13901428      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 05 2018 01:29:38
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg PA 17128-0946
13895792      E-mail/PDF: rmscedi@recoverycorp.com Jan 05 2018 01:31:17
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13890692     +E-mail/Text: bankruptcy@remitcorp.com Jan 05 2018 01:29:48      Remit Corp,    P O Box 7,
               Bloomsburg, PA 17815-0007
13890693     +E-mail/PDF: pa_dc_claims@navient.com Jan 05 2018 01:31:09      Sallie Mae,    Po Box 9655,
               Wilkes Barre, PA 18773-9655
13890695     +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 01:31:22      Syncb/Lowes,    Po Box 965005,
               Orlando, FL 32896-5005
13890696     +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 01:31:22      Syncb/Wolf Furniture,
               950 Forrer Blvd,    Kettering, OH 45420-1469
13955369      E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 01:31:14      Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0315-7           User: jhel               Page 2 of 2              Date Rcvd: Jan 04, 2018
                               Form ID: 235             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14318021         +E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2018 01:31:07      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                             TOTAL: 20

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                Shellpoint Mortgage Servicing
cr                WILMINGTON SAVINGS FUND SOCIETY, FSB
13890677*        +Credit Management Company,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13890672        ##+Collection Service Cen,   Po Box 68,   Altoona, PA 16603-0068
                                                                                 TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Courtney L Harr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```