**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/22/2019

IN RE:

COURTNEY L HARR
119 BASIN DRIVE
WINDBER, PA 15963
XXX-XX-1378          Debtor(s)

Case No. 14-70516 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/22/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **GECC/ LOWE'S++**<br>POB 103104<br><br>ROSWELL, GA  30076 | Trustee Claim Number:1    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7981924391397973 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:2    INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-NTC*DKT4 PMT-LMT*BGN 8/14*FR BOA-DOC 35*FR SECRETARY OF HOUS | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7287 |
| **NORTHWEST CDC D/B/A JOHNSTOWN CDC****<br>100 LIBERTY ST<br>PO BOX 337<br><br>WARREN, PA  16365 | Trustee Claim Number:3    INT %:  5.00%<br>Court Claim Number:<br><br>CLAIM:  2,706.69<br>COMMENT:  3033@5%MDF/PL*PIF/CR/LTR | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  469000071159200001 |
| **LINEBARGER GOGGAN BLAIR & SAMPSON**<br>POB 90128<br><br>HARRISBURG, PA  17109 | Trustee Claim Number:4    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CL@49*NO MUNIC/SD INFO*EIT*DKT | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  5450067: 13 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:5    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FIRST NATIONAL BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  99106 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:6    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FIRST NATIONAL BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  102475 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:7    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FIRST NATIONAL BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  100095 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:8    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: BOSCOVS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3006040217915155 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:9    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4266902020801013 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  426841130438839 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PLASTIC SURG ASSOC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: CP4X |
| **COMENITY BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*GNDR MTMC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5201300020774113 |
| **CONEMAUGH MEMORIAL MED CNTR**<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15905-4398 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0880635001 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 34914941 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3811472 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3454365 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH PHYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6203220 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3879821 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONEMAUGH MEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3968364 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6666375 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CONEMAUGH PHYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4334254 |
| **DIAMOND RESORTS FINANCIAL SVCS INC**<br>10600 W CHARLESTON BLVD<br><br>LAS VEGAS, NV  89135 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  865149 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6011002880768502 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DISH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  92188760 |
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA  30353-0210 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  52,877.45<br>COMMENT:  0001/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1378 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9854881817FD0004 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ....0002 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9000<br><br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:7-2<br>CLAIM:  5,112.98<br>COMMENT:  0009/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1378 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0011 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 31  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0006 |
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 32  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0007 |
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 33  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0010 |
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 34  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0014 |
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 35  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0005 |
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 36  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0008 |
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 37  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0012 |
| **FEDERAL LOAN SERVICING** POB 69184  HARRISBURG, PA 17106 | Trustee Claim Number: 38  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: EMPLYMNT? | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: ...0013 |
| **FIRST NATIONAL BANK OF PA(*)** LOAN ADJUSTMENT DEPT*  4140 E STATE ST  HERMITAGE, PA 16148 | Trustee Claim Number: 39  INT %: 0.00%  Court Claim Number: 3  CLAIM: 614.63  COMMENT: 0508/SCH*INSUFF POD~EMAILED 4 INFO | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 1265 |
| **STERLING INC DBA KAY JEWELERS** ATTN: BANKRUPTCY DEPT  375 GHENT ROAD  AKRON, OH 44333 | Trustee Claim Number: 40  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 3106106820 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **LAUREL PEDIATRICS++** 100 WOODLAWN AVE UNIONTOWN, PA 15401 | Trustee Claim Number: 41  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2244 | CLAIM: 0.00 COMMENT: NT ADR/SCH |
| **LIGHTHOUSE MEDICAL LLC** 300 E WALNUT AVE ALTOONA, PA 16601 | Trustee Claim Number: 42  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: PT0001734 | CLAIM: 0.00 COMMENT: |
| **LVNV FUNDING LLC, ASSIGNEE** C/O RESURGENT CAPITAL SVCS POB 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 43  INT %: 0.00% Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5155 | CLAIM: 901.71 COMMENT: BOSCOVS/HSBC*STALE*TEE OBJ? |
| **MIDLAND FUNDING++** 2365 NORTHSIDE DR STE 300 SAN DIEGO, CA 92108 | Trustee Claim Number: 44  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8536259233 | CLAIM: 0.00 COMMENT: CITIBANK |
| **REMIT CORP++** 36 W MAIN ST POB 7 BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 45  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 72144700D39869 | CLAIM: 0.00 COMMENT: WINDBER MED |
| **SALLIE MAE INC**** 220 LASLEY AVE WILKES-BARRE, PA 18706 | Trustee Claim Number: 46  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5029350472566608 | CLAIM: 0.00 COMMENT: EMPLYMNT? |
| **SEARS/CITI CARD USA*+++** BANKRUPTCY DEPT* POB 182149* COLUMBUS, OH 43218 | Trustee Claim Number: 47  INT %: 0.00% Court Claim Number: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5121071983978663 | CLAIM: 0.00 COMMENT: |
| **SYNCHRONY BANK++** C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI, FL 33131-1605 | Trustee Claim Number: 48  INT %: 0.00% Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1049 | CLAIM: 6,534.35 COMMENT: WOLF FURN/HOME DESIGN*DK*NTC-RSV |
| **PA DEPARTMENT OF REVENUE*** BUR OF COMPL SECT-DEPT 280946 STRAWBERRY SQ HARRISBURG, PA 17128 | Trustee Claim Number: 49  INT %: 0.00% Court Claim Number: 1 | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 0699 | CLAIM: 497.37 COMMENT: 498@0%/PL*SCH @ 4 |
| **PA DEPARTMENT OF REVENUE*** BUR OF COMPL SECT-DEPT 280946 STRAWBERRY SQ HARRISBURG, PA 17128 | Trustee Claim Number: 50  INT %: 0.00% Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: ...0699AN | CLAIM: 23.30 COMMENT: NT/SCH |

# CLAIM RECORDS

| Creditor | Trustee Claim | Cred Desc | Account No. |
|---|---|---|---|
| **RBS CITIZENS NA(*)**<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 11,142.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 0009 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 13,334.43<br>COMMENT: 13335/PL*THRU 7/14*FR BOA-DOC 35*FR SECRETARY OF HOUSING-DOC 37*FR GO | CRED DESC: MORTGAGE ARR. | ACCOUNT NO.: 7287 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON SAVINGS/PRAE | CRED DESC: NOTICE ONLY | ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 0.00<br>COMMENT: AMD CL W/DRAWN-DOC 51 | CRED DESC: UNSECURED CREDITOR | ACCOUNT NO.: 1049 |