**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>COURTNEY L HARR<br><br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>COURTNEY L HARR<br><br><br>    Respondents | Bankruptcy No.14-70516-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 76 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this <u>13th</u> day of <u>August</u>, 2019, it is hereby ORDERED, ADJUDGED and DECREED that,

        LHC Group
        Attn: Payroll Dept.
        901 Hugh Wallis Rd S
        Lafayette, LA 70508

is hereby ordered to immediately terminate the attachment of the wages of COURTNEY L HARR, social security number XXX-XX-1378. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of COURTNEY L HARR.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
8/13/19 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Courtney L Harr  
      Debtor

Case No. 14-70516-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Aug 13, 2019  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.  
db     +Courtney L Harr,    119 Basin Drive,    Windber, PA 15963-5203  
        +LHC Group,    Attn: Payroll Dept.,    901 Hugh Wallis Rd S,    Lafayette, LA 70508-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB andygornall@latouflawfirm.com  
       Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com  
       James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB bkgroup@kmllawgroup.com  
       Kenneth P. Seitz    on behalf of Debtor Courtney L Harr thedebterasers@aol.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                         TOTAL: 6