SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

2. Case Administrator

UC

FROM:   Financial Administrator

DATE: **8/30/2019**

CASE NAME: **Harr**

CASE NUMBER: **14-70516-JAP**

---

Check Number **1128725** in the amount of $ **36.00** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **16147**         Intake Clerk's Initials _aw_

---

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
08/28/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: COURTNEY L HARR

Case No: 14-70516JAD

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

                  Synchrony Bank++
        C/O Recovery Management Systems Corp
               25 Se 2Nd Ave Ste 1120
                 Miami,FL 33131-1605

CHECK NUMBER 1128725     AMOUNT $36.00

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

      Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                             /s/ Jackie Blough
                             Administrative Assistant
                             for Ronda J. Winnecour, Esq.
                             Chapter 13 Trustee

CC:KENNETH P SEITZ ESQ
COURTNEY L HARR

Synchrony Bank++