Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Courtney L Harr**
   Debtor(s)

Bankruptcy Case No.: 14–70516–JAD
Doc. No. 81
Chapter: 13
Docket No.: 82 – 81

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 25th of September, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/31/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/15/19 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/31/19.**

                                                <u>Jeffery A. Deller</u>
                                                United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 14-70516-JAD
Courtney L Harr                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Sep 25, 2019
                              Form ID: 408            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
```
db          +Courtney L Harr,    119 Basin Drive,    Windber, PA 15963-5203
cr          +BCATT2014-4TT Wilmington Savings Fund Society, Fsb,    P.O. Box 10826,
              Greenville, SC 29603-0826
cr          +Wilmington Savings Fund Society, FSB, doing busine,    c/o ShellPoint Mortgage Servicing,
              PO BOX 10826,    GREENVILLE, SC 29603-0826
13890667    +Aas Debt Recovery Inc,    Po Box 129,   Monroeville, PA 15146-0129
14266773    +BCAT2014-4TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
              PO Box 10826,    Greenville, SC 29603-0826
13890668    +Bank of America Home Loans,     P.O. Box 5170,   Simi Valley, CA 93062-5170
13943245     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13890669    +Cap1/Boscv,    Po Box 4274,    Reading, PA 19606-0674
13890670     Carol Harr,    Windber, PA 15963
13890671    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13890674    +Conemaugh Memorial Medical Center,    1086 Franklin Street,    Johnstown, PA 15905-4305
13890682    +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
13903071    +First National Bank of Pennsylvania,    4140 East State St.,    Hermitage, PA 16148-3401
13890683    +First Natl Bk Of Pa,    1 Fnb Blvd,   Hermitage, PA 16148-3363
14195320    +GCAT 2014,    1755 Wittington Place, Suite 400,    Dallas, TX 75234-1928
13890685    +Laurel Pediatric Assoc. Inc.,    323 Budfield Street,    Johnstown, PA 15904-3213
13890686    +Lighthouse Medical, LLC,    300 East Walnut Avenue,    Altoona, PA 16601-5210
13890687    +Linebarger, Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
13890690     Myra Huss,    Windber, PA 15963
13904202    +RBS Citizens,    443 Jefferson Blvd,   RJW 135,    Warwick RI 02886-1321
14195331     Rushmore Loan Managment,    Servicer for Wilmington Savings fund,    P.O.Box 52708,
              Irvine, CA 92619-2708
13890694    +Sears/Cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
14195318    +Secretary of Housing,    457 7th Street, S.W.,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:55:21
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr           E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:47
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL 33131-1605
13890673    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2019 03:26:30       Comenity Bank/Gndrmtmc,
              Po Box 182789,    Columbus, OH 43218-2789
13890676    +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51
              Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13890675    +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51
              Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13890678    +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51       Credit Mgmt,
              2121 Noblestown Road,    Pittsburg, PA 15205-3956
13890679    +E-mail/Text: bankruptcy@diamondresorts.com Sep 26 2019 03:26:26       Diamond Resorts Fs,
              10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13890680    +E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08       Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13890681    +E-mail/Text: bknotice@ercbpo.com Sep 26 2019 03:27:30       Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13890684    +E-mail/Text: BKRMailOPS@weltman.com Sep 26 2019 03:26:28       Kay Jewelers,    375 Ghent Rd,
              Fairlawn, OH 44333-4600
13902316     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2019 03:34:51
              LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Receivables,
              Acquisition Corporation (USA) IV,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13890688    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2019 03:33:58       Lvnv Funding Llc,
              Po Box 10497,    Greenville, SC 29603-0497
13890689    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2019 03:27:19       Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13953500     E-mail/PDF: pa_dc_claims@navient.com Sep 26 2019 03:35:41       Navient Solutions, Inc.,
              P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13901428     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 03:26:54
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
13895792     E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:35:40
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13890693    +E-mail/PDF: pa_dc_claims@navient.com Sep 26 2019 03:34:41       Sallie Mae,    Po Box 9655,
              Wilkes Barre, PA 18773-9655
13890695    +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:35:19       Syncb/Lowes,    Po Box 965005,
              Orlando, FL 32896-5005
13890696    +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:34:22       Syncb/Wolf Furniture,
              950 Forrer Blvd,    Kettering, OH 45420-1469
13955369     E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:30       Synchrony Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0315-7          User: msch                  Page 2 of 2                  Date Rcvd: Sep 25, 2019
                              Form ID: 408                Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14318021           +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:34:24      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                Shellpoint Mortgage Servicing
cr                WILMINGTON SAVINGS FUND SOCIETY, FSB
13890677*        +Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13890672        ##+Collection Service Cen,   Po Box 68,   Altoona, PA 16603-0068
13890691        ##+Northwest Consumer Dis,   500 Galleria Dr Ste 164,   Johnstown, PA 15904-8902
13890692        ##+Remit Corp,   P O Box 7,   Bloomsburg, PA 17815-0007
                                                                                 TOTALS: 3, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Courtney L Harr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```