**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    COURTNEY L HARR

          Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
          Movant
          vs.
    No Respondents.

Case No.:14-70516 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/17/2014  and confirmed on 9/3/14 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,360.47 |
| Less Refunds to Debtor | 1,698.37 | |
| TOTAL AMOUNT OF PLAN FUND | | 113,662.10 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,529.00 | |
| Trustee Fee | 4,707.62 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,236.62 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 88,237.32 | 0.00 | 88,237.32 |
| Acct: 7287 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY I | 13,334.43 | 13,334.43 | 0.00 | 13,334.43 |
| Acct: 7287 | | | | |
| NORTHWEST CDC D/B/A JOHNSTOWN C | 2,706.69 | 2,706.69 | 224.85 | 2,931.54 |
| Acct: XXXXXXXXXXXXX0001 | | | | |
| | | | | 104,503.29 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,529.00 | 3,529.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COURTNEY L HARR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COURTNEY L HARR | 913.85 | 913.85 | 0.00 | 0.00 |
| Acct: | | | | |
| COURTNEY L HARR | 784.52 | 784.52 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LINEBARGER GOGGAN BLAIR & SAMPSC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 13 | | | | |
| PA DEPARTMENT OF REVENUE* | 497.37 | 497.37 | 0.00 | 497.37 |
| Acct: 0699 | | | | |
| CLERK, U S BANKRUPTCY COURT | 36.00 | 36.00 | 0.00 | 36.00 |
| Acct: XXXXXXXXXBANK | | | | |
| | | | | 533.37 |
| **Unsecured** | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX7973 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X9106 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX2475 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AI | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XX0095 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX5155 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX1013 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX8839 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: CP4X | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX4113 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX5001 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX4941 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1472 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4365 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3220 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9821 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8364 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6375 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4254 | | | | |
| DIAMOND RESORTS FINANCIAL SVCS IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX5149 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX8502 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8760 | | | | |
| US DEPARTMENT OF EDUCATION | 52,877.45 | 290.92 | 0.00 | 290.92 |
| Acct: 1378 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0004 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0002 | | | | |
| NAVIENT SOLUTIONS INC | 5,112.98 | 28.13 | 0.00 | 28.13 |
| Acct: 1378 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0011 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0003 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0006 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0007 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0010 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0014 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0005 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0008 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |

14-70516 JAD

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX0012 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0013 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 614.63 | 3.38 | 0.00 | 3.38 |
| Acct: 1265 | | | | |
| STERLING INC DBA KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX6820 | | | | |
| LAUREL PEDIATRICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2244 | | | | |
| LIGHTHOUSE MEDICAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX1734 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 901.71 | 4.96 | 0.00 | 4.96 |
| Acct: 5155 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX9233 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX9869 | | | | |
| SALLIE MAE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX6608 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX8663 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1049 | | | | |
| PA DEPARTMENT OF REVENUE* | 23.30 | 0.13 | 0.00 | 0.13 |
| Acct: XXXXX99AN | | | | |
| RBS CITIZENS NA(*) | 11,142.00 | 61.30 | 0.00 | 61.30 |
| Acct: 0009 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1049 | | | | |
| | | | | 388.82 |

TOTAL PAID TO CREDITORS                                                          105,425.48

TOTAL
CLAIMED          533.37
PRIORITY       16,041.12
SECURED        70,672.07


Date: 09/24/2019                                  /s/ Ronda J. Winnecour

                                                  RONDA J WINNECOUR PA ID #30399
                                                  CHAPTER 13 TRUSTEE WD PA
                                                  600 GRANT STREET
                                                  SUITE 3250 US STEEL TWR
                                                  PITTSBURGH, PA  15219
                                                  (412) 471-5566
                                                  cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    COURTNEY L HARR

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:14-70516 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-70516-JAD
Courtney L Harr                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch          Page 1 of 2          Date Rcvd: Sep 25, 2019
                            Form ID: pdf900      Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
```
db            +Courtney L Harr,    119 Basin Drive,   Windber, PA 15963-5203
cr            +BCATT2014-4TT Wilmington Savings Fund Society, Fsb,    P.O. Box 10826,
               Greenville, SC 29603-0826
cr            +Wilmington Savings Fund Society, FSB, doing busine,    c/o ShellPoint Mortgage Servicing,
               PO BOX 10826,   GREENVILLE, SC 29603-0826
13890667      +Aas Debt Recovery Inc.,    Po Box 129,   Monroeville, PA 15146-0129
14266773      +BCAT2014-4TT,   Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
               PO Box 10826,   Greenville, SC 29603-0826
13890668      +Bank of America Home Loans,    P.O. Box 5170,   Simi Valley, CA 93062-5170
13943245       Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
13890669      +Cap1/Boscv,    Po Box 4274,   Reading, PA 19606-0674
13890670       Carol Harr,    Windber, PA 15963
13890671      +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13890674      +Conemaugh Memorial Medical Center,    1086 Franklin Street,   Johnstown, PA 15905-4305
13890682      +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
13903071      +First National Bank of Pennsylvania,    4140 East State St.,   Hermitage, PA 16148-3401
13890683      +First Natl Bk Of Pa,    1 Fnb Blvd,   Hermitage, PA 16148-3363
14195320      +GCAT 2014,    1755 Wittington Place, Suite 400,   Dallas, TX 75234-1928
13890685      +Laurel Pediatric Assoc. Inc.,    323 Budfield Street,   Johnstown, PA 15904-3213
13890686      +Lighthouse Medical, LLC,    300 East Walnut Avenue,   Altoona, PA 16601-5210
13890687      +Linebarger, Goggan Blair & Sampson, LLP,    P.O. Box 90128,   Harrisburg, PA 17109-0128
13890690       Myra Huss,    Windber, PA 15963
13904202      +RBS Citizens,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
14195331       Rushmore Loan Managment,    Servicer for Wilmington Savings fund,    P.O.Box 52708,
               Irvine, CA 92619-2708
13890694      +Sears/Cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
14195318      +Secretary of Housing,    457 7th Street, S.W.,   Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:35:33
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr             E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:34:41
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
               Miami, FL 33131-1605
13890673      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2019 03:26:29   Comenity Bank/Gndrmtmc,
               Po Box 182789,   Columbus, OH 43218-2789
13890676      +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51
               Credit Management Co,    2121 Noblestown Road,   Pittsburg, PA 15205-3956
13890675      +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51
               Credit Management Co,    2121 Noblestown Rd,   Pittsburg, PA 15205-3956
13890678      +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51   Credit Mgmt,
               2121 Noblestown Road,    Pittsburg, PA 15205-3956
13890679      +E-mail/Text: bankruptcy@diamondresorts.com Sep 26 2019 03:26:26   Diamond Resorts Fs,
               10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13890680      +E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08   Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
13890681      +E-mail/Text: bknotice@ercbpo.com Sep 26 2019 03:27:30   Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13890684      +E-mail/Text: BKRMAILOPS@weltman.com Sep 26 2019 03:26:27   Kay Jewelers,   375 Ghent Rd,
               Fairlawn, OH 44333-4600
13902316       E-mail/PDF: resurgentbknotification@resurgent.com Sep 26 2019 03:34:52
               LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Receivables,
               Acquisition Corporation (USA) IV,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13890688      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2019 03:35:00   Lvnv Funding Llc,
               Po Box 10497,   Greenville, SC 29603-0497
13890689      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2019 03:27:19   Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13953500       E-mail/PDF: pa_dc_claims@navient.com Sep 26 2019 03:34:52   Navient Solutions, Inc.,
               P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13901428       E-mail/Text: RVSVCBKNOTICE1@state.pa.us Sep 26 2019 03:26:52
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg PA 17128-0946
13895792       E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:47
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13890693      +E-mail/PDF: pa_dc_claims@navient.com Sep 26 2019 03:35:41   Sallie Mae,   Po Box 9655,
               Wilkes Barre, PA 18773-9655
13890695      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:29   Syncb/Lowes,   Po Box 965005,
               Orlando, FL 32896-5005
13890696      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:29   Syncb/Wolf Furniture,
               950 Forrer Blvd,    Kettering, OH 45420-1469
13955369       E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:35:20   Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
```

```
District/off: 0315-7          User: msch              Page 2 of 2           Date Rcvd: Sep 25, 2019
                             Form ID: pdf900          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14318021        +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:29      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                    TOTAL: 21
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                Shellpoint Mortgage Servicing
cr                WILMINGTON SAVINGS FUND SOCIETY, FSB
13890677*       +Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13890672        ##+Collection Service Cen,   Po Box 68,   Altoona, PA 16603-0068
13890691        ##+Northwest Consumer Dis,   500 Galleria Dr Ste 164,   Johnstown, PA 15904-8902
13890692        ##+Remit Corp,   P O Box 7,   Bloomsburg, PA 17815-0007
                                                                      TOTALS: 3, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB
           andygornall@latouflawfirm.com
          Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          James Warmbrodt   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Debtor Courtney L Harr thedebterasers@aol.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 6
```