IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
COURTNEY L HARR

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-70516-JAD

Chapter 13

Related to Doc. No. 81

ORDER OF COURT

ND NOW, this <u>1st</u> day of <u>November</u>, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/1/19 5:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ mas
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Courtney L Harr  
    Debtor

Case No. 14-70516-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 2     Date Rcvd: Nov 01, 2019  
                Form ID: pdf900     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2019.

```
db             +Courtney L Harr,    119 Basin Drive,     Windber, PA 15963-5203
cr             +BCATT2014-4TT Wilmington Savings Fund Society, Fsb,     P.O. Box 10826,
                 Greenville, SC 29603-0826
cr             +Wilmington Savings Fund Society, FSB, doing busine,     c/o ShellPoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
13890667       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14266773       +BCAT2014-4TT,    Wilmington Savings Fund Society, FSB,     c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
13890668       +Bank of America Home Loans,     P.O. Box 5170,    Simi Valley, CA 93062-5170
13943245        Bank of America, N.A.,     P.O. Box 660933,    Dallas, TX 75266-0933
13890669       +Cap1/Boscv,    Po Box 4274,    Reading, PA 19606-0674
13890670        Carol Harr,    Windber, PA 15963
13890671       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13890674       +Conemaugh Memorial Medical Center,     1086 Franklin Street,    Johnstown, PA 15905-4305
13890682       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13903071       +First National Bank of Pennsylvania,     4140 East State St.,    Hermitage, PA 16148-3401
13890683       +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14195320       +GCAT 2014,    1755 Wittington Place, Suite 400,     Dallas, TX 75234-1928
13890685       +Laurel Pediatric Assoc. Inc.,     323 Budfield Street,    Johnstown, PA 15904-3213
13890686       +Lighthouse Medical, LLC,    300 East Walnut Avenue,     Altoona, PA 16601-5210
13890687       +Linebarger, Goggan Blair & Sampson, LLP,     P.O. Box 90128,    Harrisburg, PA 17109-0128
13890690        Myra Huss,    Windber, PA 15963
13904202       +RBS Citizens,    443 Jefferson Blvd,     RJW 135,    Warwick RI 02886-1321
14195331        Rushmore Loan Managment,    Servicer for Wilmington Savings fund,     P.O.Box 52708,
                 Irvine, CA 92619-2708
13890694       +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14195318       +Secretary of Housing,    457 7th Street, S.W.,     Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 03:11:58
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2019 03:10:54
                 Recovery Management Systems Corporation,     25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13890673       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 02 2019 03:07:00       Comenity Bank/Gndrmtmc,
                 Po Box 182789,    Columbus, OH 43218-2789
13890676       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 02 2019 03:07:28
                 Credit Management Co,    2121 Noblestown Road,     Pittsburg, PA 15205-3956
13890675       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 02 2019 03:07:28
                 Credit Management Co,    2121 Noblestown Rd,     Pittsburgh, PA 15205-3956
13890678       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 02 2019 03:07:28       Credit Mgmt,
                 2121 Noblestown Road,    Pittsburg, PA 15205-3956
13890679       +E-mail/Text: bankruptcy@diamondresorts.com Nov 02 2019 03:06:59       Diamond Resorts Fs,
                 10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13890680       +E-mail/Text: mrdiscen@discover.com Nov 02 2019 03:06:54       Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13890681       +E-mail/Text: bknotice@ercbpo.com Nov 02 2019 03:07:20       Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13890684       +E-mail/Text: BKRMailOPS@weltman.com Nov 02 2019 03:07:00       Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
13902316        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2019 03:10:58
                 LVNV Funding, LLC its successors and assigns as,     assignee of HSBC Receivables,
                 Acquisition Corporation (USA) IV,    Resurgent Capital Services,     PO Box 10587,
                 Greenville, SC 29603-0587
13890688       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2019 03:12:07       Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13890689       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2019 03:07:15       Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13953500        E-mail/PDF: pa_dc_claims@navient.com Nov 02 2019 03:12:01       Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13901428        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2019 03:07:04
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13895792        E-mail/PDF: rmscedi@recoverycorp.com Nov 02 2019 03:13:24
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13890693       +E-mail/PDF: pa_dc_claims@navient.com Nov 02 2019 03:12:01       Sallie Mae,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13890695       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:11:49       Syncb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13890696       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:11:51       Syncb/Wolf Furniture,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13955369        E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:13:09       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,     Miami FL 33131-1605
```

```
District/off: 0315-7           User: lfin                  Page 2 of 2                  Date Rcvd: Nov 01, 2019
                               Form ID: pdf900             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14318021         +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:13:08      Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                             TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               Shellpoint Mortgage Servicing
cr               WILMINGTON SAVINGS FUND SOCIETY, FSB
13890677*       +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13890672       ##+Collection Service Cen,    Po Box 68,   Altoona, PA 16603-0068
13890691       ##+Northwest Consumer Dis,    500 Galleria Dr Ste 164,    Johnstown, PA 15904-8902
13890692       ##+Remit Corp,   P O Box 7,    Bloomsburg, PA 17815-0007
                                                                                TOTALS: 3, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                     Signature:  /s/Joseph Speetjens 

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor     BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Courtney L Harr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```