# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | |
|---|---|
| In re:<br><br>COURTNEY L HARR<br><br>Debtor(s) | Case No. 14-70516JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2014.

2) The plan was confirmed on 09/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 01/30/2015, 01/04/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 08/02/2019.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $13,664.50.

10) Amount of unsecured claims discharged without payment: $39,664.87.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $115,390.77 |
| Less amount refunded to debtor | $1,728.67 |

**NET RECEIPTS:**                                                              **$113,662.10**

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,529.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,707.62 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**             **$8,236.62**

Attorney fees paid and disclosed by debtor:      $471.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAS DEBT RECOVERY INC/AMERICA | Unsecured | 836.00 | NA | NA | 0.00 | 0.00 |
| AAS DEBT RECOVERY INC/AMERICA | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| AAS DEBT RECOVERY INC/AMERICA | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 902.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 1,242.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 1,005.00 | NA | NA | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | 0.00 | 0.00 | 36.00 | 36.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 2,145.00 | NA | NA | 0.00 | 0.00 |
| CONEMAUGH MEMORIAL MED CNT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| DIAMOND RESORTS FINANCIAL SVC | Unsecured | 11,754.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 4,633.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 4,618.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 3,184.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 3,066.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 2,883.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 2,517.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 1,732.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 1,731.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 1,542.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 1,119.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FEDERAL LOAN SERVICING | Unsecured | 5,953.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICING | Unsecured | 5,706.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 614.00 | 614.63 | 614.63 | 3.38 | 0.00 |
| GECC/ LOWE'S++ | Unsecured | 2,528.00 | NA | NA | 0.00 | 0.00 |
| LAUREL PEDIATRICS++ | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE MEDICAL LLC | Unsecured | 909.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Priority | 485.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,604.00 | 901.71 | 901.71 | 4.96 | 0.00 |
| MIDLAND FUNDING | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 5,269.00 | 5,112.98 | 5,112.98 | 28.13 | 0.00 |
| NORTHWEST CDC D/B/A JOHNSTOW | Secured | 3,033.00 | NA | 2,706.69 | 2,706.69 | 224.85 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 23.30 | 23.30 | 0.13 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | NA | 497.37 | 497.37 | 497.37 | 0.00 |
| RBS CITIZENS NA(*) | Unsecured | NA | 11,142.00 | 11,142.00 | 61.30 | 0.00 |
| REMIT CORP++ | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC** | Unsecured | 5,920.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC DBA KAY JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++ | Unsecured | 6,534.00 | 6,534.35 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 8,381.00 | 52,877.45 | 52,877.45 | 290.92 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 185,200.00 | 194,194.73 | 0.00 | 88,237.32 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 0.00 | 13,334.43 | 13,334.43 | 13,334.43 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $88,237.32 | $0.00 |
| Mortgage Arrearage | $13,334.43 | $13,334.43 | $0.00 |
| Debt Secured by Vehicle | $2,706.69 | $2,706.69 | $224.85 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,041.12** | **$104,278.44** | **$224.85** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $533.37 | $533.37 | $0.00 |
| **TOTAL PRIORITY:** | **$533.37** | **$533.37** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$70,672.07** | **$388.82** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $8,236.62 |
| Disbursements to Creditors | $105,425.48 |
| **TOTAL DISBURSEMENTS** : | **$113,662.10** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/08/2019                          By: /s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**